IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TERESA CARRETTA, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No.  **09-158-MJR** |
| | ) | |
| **MAY TRUCKING CO.**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant May Trucking Company's motion to compel plaintiffs to respond to plaintiffs' interrogatories, which were propounded on or about March 9, 2010.  **(Doc. 44.)**  According to defendant, no responses have been received from plaintiffs.  Defendants counter that the parties' counsel have been attempting to work out various issues relating to discovery, and that plaintiffs expected to comply by the week of June 7, 2010.  **(Doc. 45.)**

The time within which to respond to defendant's discovery requests has passed.  No formal extension of time within which to respond has been granted by the Court, and there is no evidence of any otherwise enforceable agreement altering plaintiffs' obligation to formally respond to the discovery requests.  The Court does recognize that the parties have been attempting to work out their differences, and that plaintiffs are now poised to fully respond.

**IT IS HEREBY ORDERED** that, for good cause shown, defendant May Trucking Company's motion to compel **(Doc. 44)** is **GRANTED**; if plaintiffs have not already done so,

1

they shall fully respond to defendants' March 9, 2010, discovery requests by **August 6, 2010.**

      **IT IS SO ORDERED.**

      **DATED: July 28, 2010**

                            **s/ Clifford J. Proud**
                            **CLIFFORD J. PROUD**
                            **U. S. MAGISTRATE JUDGE**